| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> MIDDLE DISTRICT OF FLORIDA | |
| Case number *(if known)* _____ | Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **ICE Holdings, PLLC**

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **27-1767372**

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **4730 SW 49th Rd** <br> **Ocala, FL 34474** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Marion** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    _____

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor   **ICE Holdings, PLLC**  Case number (*if known*) _____
           Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __8049__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor   **See Attachment**   Relationship _____
District _____   When _____   Case number, if known _____

Debtor    **ICE Holdings, PLLC**                                   Case number (*if known*) _____
       Name

**11. Why is the case filed in *this district*?**    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | | |
|---|---|---|
| Debtor  **ICE Holdings, PLLC** | | Case number (*if known*) |
| Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 20, 2016**
               MM / DD / YYYY

X **/s/ Asad U. Qamar**                                    **Asad U. Qamar**
Signature of authorized representative of debtor            Printed name

Title   **Manager**

**18. Signature of attorney**

X **/s/ Aaron A. Wernick**                                 Date **April 20, 2016**
Signature of attorney for debtor                                 MM / DD / YYYY

**Aaron A. Wernick**
Printed name

**Furr & Cohen**
Firm name

**2255 Glades Rd.**
**Suite 337W**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone   **561-395-0500**      Email address

**14059**
Bar number and State

Debtor **ICE Holdings, PLLC**　　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Asad Qamar and Humeraa Qamar** | | Relationship to you | | **Affiliate** |
| District | **Middle District of Florida** | When | Case number, if known | | |
| Debtor | **ICE Real Estate Holdings, LLC** | | Relationship to you | | **Affiliate** |
| District | **Middle District of Florida** | When | Case number, if known | | |
| Debtor | **Institute of Cardiovascular Excellence, PLLC** | | Relationship to you | | **Affiliate** |
| District | **Middle District of Florida** | When | Case number, if known | | |

Fill in this information to identify the case:
Debtor name   **ICE Holdings, PLLC**
United States Bankruptcy Court for the:   **MIDDLE DISTRICT OF FLORIDA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Community Bank & Trust of FL** 1603 SW 19th Ave Ocala, FL 34471 | | | | | | $3,500,000.00 |
| **Community Bank & Trust of FL** PO Box 1570 Ocala, FL 34478 | | | | | | $524,426.18 |
| **Fifth Third Bank** PO Box 630337 Cincinnati, OH 45263-0337 | | | Disputed | | | $3,389,600.00 |
| **Fifth Third Bank** 999 Vanderbuilt Beach Road Naples, FL 34108 | | | Disputed | | | $2,760,000.00 |
| **Fifth Third Bank** c/o Michael E. Strach Carlton Fields 100 SE Second St., Suite 420 Miami, FL 33101-2113 | | | Disputed | | | $2,485,253.00 |
| **Fifth Third Bank** PO Box 630337 Cincinnati, OH 45263-0337 | | | Disputed | | | $1,992,113.42 |
| **Fifth Third Bank** PO Box 630337 Cincinnati, OH 45263-0337 | | | Disputed | | | $1,082,319.15 |
| **Fifth Third Bank** PO Box 630337 Cincinnati, OH 45263-0337 | | | Disputed | | | $309,881.81 |

Debtor **ICE Holdings, PLLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fifth Third Bank** **PO Box 630337** **Cincinnati, OH 45263-0337** | | | **Disputed** | | | **$204,581.34** |
| **Fifth Third Bank** **PO Box 630337** **Cincinnati, OH 45263-0337** | | | **Disputed** | | | **$72,517.77** |
| **Fifth Third Bank** **PO Box 740789** **Cincinnati, OH 45274-0789** | | | **Disputed** | | | **$26,900.00** |
| **Holly Taylor** **c/o Rafael Jacinto Nobo, III** **19160 SW 29th Ct** **Miramar, FL 33029** | | **lawsuit** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Robert A. Green** **c/o Jonathan Kroner, Esq** **420 Lincoln Rd Ste 248** **Miami Beach, FL 33139** | | **lawsuit** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **SBA South Florida District** **100 S. Biscayne Blvd.** **7th Floor** **Miami, FL 33131** | | **Business loan** | | | | **$2,030,128.53** |
| **State of Florida** **c/o Jill Bennett, Esq** **400 S Monroe St PL-01** **Tallahassee, FL 32399-1050** | | **lawsuit** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **United States of America** **c/o Adam Russell Tarosky** **601 D Street NW Room 9706** **Washington, DC 20004** | | **lawsuit** | **Contingent Unliquidated Disputed** | | | **$0.00** |

ICE Holdings, PLLC
4730 SW 49th Rd
Ocala, FL 34474

Aaron A. Wernick
Furr & Cohen
2255 Glades Rd.
Suite 337W
Boca Raton, FL 33431

A. Lee Bentley, III
US District Atty for Middle
District Jacksonville
300 N. Hogan St., Ste 700
Jacksonville, FL 32202

Community Bank & Trust of FL
1603 SW 19th Ave
Ocala, FL 34471

Community Bank & Trust of FL
PO Box 1570
Ocala, FL 34478

Daniel Robert Anderson, Esq
PO Box 261
Ben Franklin Station
Washington, DC 20044

Fifth Third Bank
999 Vanderbuilt Beach Road
Naples, FL 34108

Fifth Third Bank
c/o Michael E. Strach
Carlton Fields
100 SE Second St., Suite 420
Miami, FL 33101-2113

Fifth Third Bank
PO Box 740789
Cincinnati, OH 45274-0789

Fifth Third Bank
PO Box 630337
Cincinnati, OH 45263-0337

Holly Taylor
c/o Rafael Jacinto Nobo, III
19160 SW 29th Ct
Miramar, FL 33029

Robert A. Green
c/o Jonathan Kroner, Esq
420 Lincoln Rd
Ste 248
Miami Beach, FL 33139

Sam S. Sheldon, Esq
777 6th St NW 11th Flr
Washington, DC 20001

SBA
c/o Independent Development
Services Corp.Att Ric Miller
8280 College Pkwy, Ste 204
Fort Myers, FL 33919

SBA - Region IV
233 Peachtree Street NE
Suite 1800
Atlanta, GA 30303

SBA Office of Gen Counsel
409 3rd St., SW
Washington, DC 20416

SBA South Florida District
100 S. Biscayne Blvd.
7th Floor
Miami, FL 33131

Sean Flynn, Esq
US Attorneys Office FLM
400 N Tampa St
Ste 3200
Tampa, FL 33602

State of Florida
c/o Jill Bennett, Esq
400 S Monroe St PL-01
Tallahassee, FL 32399-1050

United States of America
c/o Adam Russell Tarosky
601 D Street NW
Room 9706
Washington, DC 20004