UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division
www.flmb.uscourts.gov

In re:

Institute of Cardiovascular
Excellence, PLLC,

        Debtor.
_____/

Case No.: 3:16-bk-01491-JAF
Chapter 11

ICE Holdings, PLLC,

        Debtor.
_____/

Case No.: 3:16-bk-01492-JAF
Chapter 11

ICE Real Estate Holdings, LLC

        Debtor.
_____/

Case No.: 3:16-bk-01493-JAF
Chapter 11

Debtors' *Ex Parte* Motion for Joint Administration of Chapter 11 Cases

        Institute of Cardiovascular Excellence, PLLC, ICE Holdings, PLLC, and ICE Real Estate Holdings, LLC, Debtors-in-Possession (collectively, the "**Debtors**"), by and through undersigned counsel and pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1(b), move this Court on an *ex parte* basis to enter an Order of Joint Administration of the following three related Chapter 11 cases: (1) *In re Institute of Cardiovascular Excellence, PLLC*, Case No. 16-01491-JAF, (2) *In re ICE Holdings, PLLC*, Case No. 16-01492-JAF, and (3) *In re ICE Real Estate Holdings, LLC*, Case No. 16-01493-JAF, and state as follows:

        1.      On April 20, 2016, Debtor Institute of Cardiovascular Excellence, PLLC, ("**ICE**") filed a Voluntary Petition for relief under Chapter 11 of Title 11, United States Code (the "**Bankruptcy Code**") in this Court.

- 2 -

2. On April 20, 2016, Debtor, ICE Holdings, PLLC, ("**ICE Holdings**") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in this Court.

3. On April 20, 2016, Debtor, ICE Real Estate Holdings, LLC, ("**ICE RE**") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in this Court.

4. ICE is a Florida professional limited liability company which is based in Ocala, Florida and which was formed in January 2009 by Dr. Asad Qamar, M.D. ("**Dr. Qamar**"), a cardiologist, and his wife, Dr. Humeraa Qamar, M.D. (collectively, the "**Qamars**").[1]

5. ICE, which provides cardiac diagnostic and therapeutic services through three offices in Central Florida, is the entity through which Dr. Qamar carries out his cardiology practice. ICE is wholly owned by ICE Holdings.

6. Related entity and affiliate ICE RE is a real estate holding company that owns the property on which ICE's offices are located. ICE RE is wholly owned by ICE Holdings.

7. ICE Holdings, which has a 100% ownership interest in both ICE and ICE RE and which is wholly owned by Dr. Qamar, serves as the manager of ICE and ICE RE. (ICE, ICE RE, and ICE Holdings are referred to herein collectively as the "**ICE Entities**".)

8. The cases of the ICE Entities are interrelated and therefore joint administration is appropriate. The largest secured creditor, Fifth Third Bank, holds seven loans which are cross-collateralized and cross-guaranteed by the various ICE Entities, and each of the three ICE Entities cases share the same secured creditors.

9. In addition, ICE Holdings is the sole owner of both ICE and ICE RE.

10. Joint administration of these debtors will not give rise to any conflict of interest between the estates.

---

[1] The Qamars filed an individual joint Chapter 11 petition in this Court simultaneously with the filing of the ICE petitions.

11. Pursuant to Bankruptcy Rule 1015(b), a court may order joint administration of a debtor and an affiliate. Here, the ICE Entities are affiliates of each other, pursuant to Section 101(2) of the Bankruptcy Code, as ICE Holdings is the 100% owner of ICE and ICE RE.

12. Bankruptcy Rule 1015(b) also states that "[p]rior to entering an order [directing joint administration] the court shall give consideration to protecting creditors of different estates against potential conflicts of interests." Here, joint administration will not give rise to any conflict among creditors of the ICE Entities' estates; in fact, such administration will benefit said creditors, as the administrative cost burden will be reduced through joint administration.

13. The Chapter 11 Debtors request that the instant case, *In re Institute for Cardiovascular Excellence, PLLC*, be considered the "lead case", and that all pleadings for both Debtors be filed under the lead case number.

14. The Debtors will not commingle assets or liabilities unless and until it is determined, after notice and hearing, that these cases involve the same debtors or that another ground exists to authorize same or order of substantive consolidation of these cases.

WHEREFORE, Debtors, Institute for Cardiovascular Excellence, PLLC, ICE Holdings, PLLC, and ICE Real Estate Holdings, LLC, respectfully request that the Court enter an order (a) jointly administering the Chapter 11 cases of the ICE Entities, (b) assigning the case of *In re Institute for Cardiovascular Excellence,* PLLC as the "lead case", and (c) granting such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 21st of April, 2016.

> Furr & Cohen, P.A.
> *Attorneys for the Debtors*
> 2255 Glades Road, Suite 337W
> Boca Raton, FL 33431
> (561) 395-0500/(561)338-7532-fax

By /s/ <u>*Aaron A. Wernick*</u>  
Aaron A. Wernick, Esq.  
Florida Bar No. 14059  
Email: awernick@furrcohen.com

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Alexandra D Blye    ablye@carltonfields.com, kdemar@carltonfields.com;wpbecf@cfdom.net
- Donald R Kirk    dkirk@carltonfields.com, kathompson@carltonfields.com;jpelletier@carltonfields.com
- United States Trustee - JAX 11    USTP.Region21.OR.ECF@usdoj.gov
- Aaron A Wernick    awernick@furrcohen.com, cworkinger@furrcohen.com;mortman@furrcohen.com

```
Label Matrix for local noticing        Fifth Third Bank                        ICE Holdings, PLLC
113A-3                                 c/o Donald R. Kirk                      4730 SW 49th Rd
Case 3:16-bk-01492-JAF                 Carlton Fields                          Ocala, FL 34474-6262
Middle District of Florida             P.O. Box 3239
Jacksonville                           Tampa, FL 33601-3239
Thu Apr 21 13:10:35 EDT 2016

A. Lee Bentley, III                    Community Bank & Trust of FL            Community Bank & Trust of FL
US District Atty for Middle            1603 SW 19th Ave                        PO Box 1570
District Jacksonville                  Ocala, FL 34471-0563                    Ocala, FL 34478-1570
300 N. Hogan St., Ste 700
Jacksonville, FL 32202-4204


Daniel Robert Anderson, Esq            Fifth Third Bank                        Fifth Third Bank
PO Box 261                             999 Vanderbuilt Beach Road              PO Box 630337
Ben Franklin Station                   Naples, FL 34108-3510                   Cincinnati, OH 45263-0337
Washington, DC 20044-0261


Fifth Third Bank                       Fifth Third Bank                        Fifth Third Bank
PO Box 740789                          c/o Alexandra D. Blye                   c/o Michael E. Strach
Cincinnati, OH 45274-0789              Carlton Fields                          Carlton Fields
                                       P.O. Box 150                            100 SE Second St., Suite 420
                                       West Palm Beach, FL 33402-0150          Miami, FL 33131-2100


Florida Dept. of Revenue               Holly Taylor                            Internal Revenue Service
Bankruptcy Unit                        c/o Rafael Jacinto Nobo, III            PO Box 7346
P.O. Box 6668                          19160 SW 29th Ct                        Philadelphia, PA  19101-7346
Tallahassee, FL 32314-6668             Miramar, FL 33029-2458


Marion County Tax Collector            Robert A. Green                         SBA
P.O. Box 970                           c/o Jonathan Kroner, Esq                c/o Independent Development
Ocala FL 34478-0970                    420 Lincoln Rd                          Services Corp.Att Ric Miller
                                       Ste 248                                 8280 College Pkwy, Ste 204
                                       Miami Beach, FL 33139-3031              Fort Myers, FL 33919-4113


SBA - Region IV                        SBA Office of Gen Counsel               SBA South Florida District
233 Peachtree Street NE                409 3rd St., SW                         100 S. Biscayne Blvd.
Suite 1800                             Washington, DC 20416-0005               7th Floor
Atlanta, GA 30303-1508                                                         Miami, FL 33131-2030


Sam S. Sheldon, Esq                    Sean Flynn, Esq                         Secretary of the Treasury
777 6th St NW 11th Flr                 US Attorneys Office FLM                 15th & Pennsylvania Ave., NW
Washington, DC 20001-3723              400 N Tampa St                          Washington, DC 20220-0001
                                       Ste 3200
                                       Tampa, FL 33602-4774


State of Florida                       U.S. Securities & Exchange Commission   United States Attorney
c/o Jill Bennett, Esq                  Office of Reorganization                300 North Hogan St Suite 700
400 S Monroe St PL-01                  950 East Paces Ferry Road, N.E.         Jacksonville, FL 32202-4204
Tallahassee, FL 32399-1050             Suite 900
                                       Atlanta, GA 30326-1382


United States Trustee - JAX 11         United States of America                Aaron A Wernick
Office of the United States Trustee    c/o Adam Russell Tarosky                Furr & Cohen, PA
George C Young Federal Building        601 D Street NW                         2255 Glades Road, Suite 337W
400 West Washington Street, Suite 1100 Room 9706                               Boca Raton, FL 33431-7379
Orlando, FL 32801-2210                 Washington, DC 20004
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Fifth Third Bank                 End of Label Matrix
c/o Donald R. Kirk                  Mailable recipients   29
Carlton Fields                      Bypassed recipients    1
P.O. Box 3239                       Total                 30
Tampa, FL 33601-3239
```