**[Dodefmao]** [District Order Deficient Motion, Application or Objection]

ORDERED.

**Dated: April 21, 2016**

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                 Case No. 3:16−bk−01492−JAF
                                                                       Chapter 11
ICE Holdings, PLLC

_____Debtor*_____/

### ORDER ABATING MOTION FOR JOINT ADMINISTRATION OF LEAD CASE 3:16−BK−01491

THIS CASE came on for consideration, without hearing, of the Ex Parte Motion for Joint Administration of Lead Case 3:16−bk−01491 by debtor , Doc. # 4 . After a review of the motion , the Court determines that the motion is deficient as follows:

☐ The motion does not include an original or electronic signature of the movant's attorney as required by Fed. R. Bankr P. 9011.

☑ The motion does not include a signed and dated proof of service as required by Local Rule 9013−1.

☐ The prescribed filing fee of , as required by the Bankruptcy Court Schedule issued in accordance with 28 U.S.C § 1930 was not paid.

☐ The negative notice legend is not fully displayed on the first page or does not conform to the approved negative notice legend prescribed by Local Rule 2002−4.

☐ The motion does not specifically describe the property, including the legal description if real property, or VIN if vehicle.

☐ The Motion for Referral to Mortgage Modification Mediation does not include a complete property address.

☐ The Motion for Referral to Mortgage Modification Mediation does not include the last four digits of the mortgage loan number.

☐ The reaffirmation agreement does not include a signature of both the Debtor and Creditor.

Accordingly it is

***ORDERED:***

Consideration of the motion is abated until the deficiency is corrected.


The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.